IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1967**-**AP**

IN RE:

**ABEER MARIE FARAGALLA and GAMAL AHMED FARAGALLA,**

    Debtors.

_____

**ABEER MARIE FARAGALLA and**
**GAMAL AHMED FARAGALLA**,

    Plaintiffs/Appellants,

**ACCESS RECEIVABLES MANAGEMENT, ET AL. ,**

    Defendants/Appellees.

_____

**ORDER ON REMAND FROM THE TENTH CIRCUIT**
**COURT OF APPEALS**
_____

Kane, J.

    This Interlocutory Appeal has been dismissed on its merits and the underlying action is ongoing in the Bankruptcy Court. The court issued no "judgment" and is therefore without authority to alter or amend any judgment. The Motion to Alter or Amend Judgment (doc. #18) filed October 31, 2005, therefore, is denied. To the extent that appellants ask for clarification, this order should suffice.

Dated: November 2, 2005

                                          BY THE COURT:

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE